# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Ashley Douget,<br><br>   Plaintiff,<br><br>vs.<br><br>Equity Experts.Org, LLC.<br><br>   Defendant. | Case No.: 4:17-cv-12806-MFL-RSW<br><br>Honorable Matthew F. Leitman<br><br>Magistrate Judge David R. Grand |

## NOTICE OF SETTLEMENT WITH DEFENDANT EQUITY EXPERTS. ORG, LLC

Plaintiff and Defendant, Equity Experts.Org, LLC., have agreed to settle this lawsuit and intend to file a Stipulation of Dismissal as to Equity Experts.Org, LLC., with prejudice, no later than September 31, 2020.

            Respectfully submitted,

            By: */s/ Gary D. Nitzkin*
            GARY D. NITZKIN P41155
            CARL SCHWARTZ P70335
            MARK LAHTI P36656
            Attorneys for Plaintiff
            22142 West Nine Mile Road
            Southfield, MI 48033
            (248) 353-2882
            Email – gary@crlam.com

August 4, 2020

## **PROOF OF SERVICE**

     I, Gary D. Nitzkin, hereby state that on August 4, 2020 I served a copy of the foregoing pleading upon all counsel of record via the ECF System.

                                                      */s/ Gary D. Nitzkin*